UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS,
*individually and on behalf of all others similarly situated*,

                         Plaintiff,

-v-

SONTIQ, INC.,

                         Defendant.

21-CV-9814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge